**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MAHADI SOLAN,

                 Petitioner,

    v.

KEVIN CHAPPELL, Warden,

                 Respondent.

NO. EDCV 13-01779 SS

**JUDGMENT**

    Pursuant to the Court's Memorandum and Order Denying the Petition for Lack of Jurisdiction,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  December 27, 2013

                                  /S/

                                  SUZANNE H. SEGAL

                                  UNITED STATES MAGISTRATE JUDGE