1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MAHADI SOLAN,                    NO. EDCV 13-01779 SS

12                Petitioner,

13      v.                            **AMENDED JUDGMENT**

14   KEVIN CHAPPELL, Warden,

15                Respondent.

16

17      Pursuant to the Court's (1) December 27, 2013 Memorandum and

18   Order Denying the Petition for Lack of Jurisdiction, and (2)

19   March 17, 2014 Order Re Petitions Submitted In Connection With

20   September 19, 2013 Habeas Petition, Case No. EDCV 13-01779,

21

22      IT IS HEREBY ADJUDGED that the above-captioned action is

23   dismissed without prejudice.

24

25   DATED:  March 17, 2014

26                              _____/S/_____
                                SUZANNE H. SEGAL
27                              UNITED STATES MAGISTRATE JUDGE

28